### LITTLE *v.* THE STATE.

COBB, J.  There was no error of law complained of.  The evidence was sufficient to warrant the verdict ; and the discretion of the trial judge in refusing to grant a new trial will not be controlled.

*Judgment affirmed. All the Justices concur.*

Submitted April 23, — Decided May 10, 1904.

Indictment for burglary.   Before Judge Roan.   Fulton superior court.    March 5, 1904.

*S. C. Crane,* for plaintiff in error.

*C. D. Hill, solicitor-general,* contra.